25234900
 

 
 NUMBER 13-14-00065-CV
 
 COURT OF APPEALS
 
 THIRTEENTH DISTRICT OF TEXAS
 
 CORPUS CHRISTI - EDINBURG
 
 4762517780000000
 IN RE WALKER & TWENHAFEL, LLP
 
000001778000
 On Petition for Writ of Mandamus
 and Motion for Emergency Stay.

000001778000
 ORDER
 
 Before Chief Justice Valdez and Justices Benavides and Longoria
 Per Curiam Order
 
Relator, Walker & Twenhafel, LLP, filed a petition for writ of mandamus and motion for emergency stay in the above cause on February 3, 2014. That same day, the real party in interest, Roman Geronimo Martinez, filed a response to the motion for emergency stay. 
The Court, having examined and fully considered the motion for emergency stay and the response thereto, is of the opinion that the motion should be CARRIED WITH THE CASE pending further order of this Court. See Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). By his response to the motion for emergency stay, Martinez asserted that he would file his response to the petition for writ of mandamus with the Court on or before Friday, February 7, 2014. The Court requests that Martinez file his response on or before the expiration of the business day on February 7, 2014. See id. R. 52.4, 52.8. 
IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the
4th day of February, 2014.